UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-14057-CR-ROSENBERG/LYNCH

UNITED STATES OF AMERICA

        Plaintiff,

vs.

CLEOPHAS A. BROWN,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, Jr. on August 20, 2014. A Report and Recommendation was filed on August 27, 2014 (D.E. 187) recommending that the Defendant's plea of guilty be accepted. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that

The Report and Recommendation (D.E. 187), of United States Magistrate Judge Frank J. Lynch, Jr, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty of count three of the Superseding Indictment which charges the Defendant with possession with intent to distribute a controlled substance, namely five hundred (500) grams or more of cocaine hydrochloride, in violation of Title 21, United States Code, Section 891(a)(1)(B).

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 7th day of October, 2014.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Brannon
All Counsel Of Record